CATER, by guardian *ad litem,* Respondent, vs. UNDER-WRITERS CASUALTY COMPANY, Appellant.

*April 12—May 9, 1933.*

For the appellant there was a brief by *Stone & Park* of Wausau, and oral argument by *Patrick T. Stone.*

*F. P. Regner* of Wausau, for the respondent.

FRITZ, J.    This case and this appeal involve the same facts as were involved in the companion case of *Ruth L. Suschnick v. Underwriters Casualty Co. et al., ante,* p. 474, 248 N. W. 477, which was tried together with this case and the case of Earl Hoenisch vs. the same insurer.   The questions of law raised on this appeal are discussed in the decision filed herewith in the case of *Ruth L. Suschnick v. Underwriters Casualty Co., ante,* p. 474, 248 N. W. 477, and that decision also rules this case.

*By the Court.*—Judgment affirmed.